| | |
|---|---|
| 1 | **NICHOLAS DE PENTO**<br>Attorney at Law<br>State Bar No. 47672<br>444 West "C" Street<br>Suite 120<br>San Diego, California 92101<br>Telephone (619) 236-1151<br>Fax (619) 236-1389 |

**FILED**

2006 OCT 11 PM 2: 15

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

Attorney for Defendant
**DANIEL OMAR QUEZADA**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL OMAR QUEZADA,<br><br>Defendant, | Case No. 06-CR1582-LAB<br><br>**SUBSTITUTION OF ATTORNEY** |

I, Daniel Omar Quezada, Defendant, hereby substitute Nicholas De Pento Attorney, in place of my appointed Attorney Defender Marc Geller.

Dated: 9-19-06

_____
DANIEL QUEZADA

I, Nicholas De Pento, Attorney accept.

Dated: 9-19-06

_____
NICHOLAS DE PENTO

I, Marc Geller, Attorney agree.

Dated: 9/20/06

_____
MARC GELLER

**IT IS SO ORDERED**

Dated: 10-10-06

_____
U.S. DISTRICT COURT JUDGE

SUBSTITUTION OF ATTORNEY                    1