# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL OMAR SIERRA-QUEZADA,<br><br>                      Petitioner,<br>   vs.<br>UNITED STATES OF AMERICA,<br><br>                      Respondent. | CASE NOS.<br>06CR1582/10CV1519-LAB<br><br>**ORDER DENYING MOTION PURSUANT TO 28 U.S.C. § 2255** |

Petitioner Daniel Sierra-Quezada pleaded guilty to two counts of distribution of methamphetamine. He appealed his sentence, and the Ninth Circuit's mandate affirming this Court's sentence took effect on August 28, 2008. Then, nearly two years later, on July 20, 2010 he filed a motion to vacate pursuant to 28 U.S.C. § 2255.

The 139-page motion challenges the manner in which the 80th Congress enacted H.R. 3190. *See Garey v. United States*, 2010 WL 2507834, slip op. at *23 (M.D.Ga., March 29, 2010) (citing cases rejecting this theory as frivolous). In an effort to avoid the one-year time bar, *see* § 2255(f), he argues his motion is based on newly discovered evidence. This "evidence" consists of Congressional records from the 1940s.

This frivolous and untimely motion is **DENIED**.

**IT IS SO ORDERED**.

DATED: March 10, 2011

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

06CR1582/10CV1519